COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Diogu Kalu Diogu II v. Yaowapa Ratana-Aporn

Appellate case number:    01-14-00694-CV

Trial court case number:   13-DCV-204732

Trial court:                    387th District Court of Fort Bend County

On November 3, 2014, appellant, Diogu Kalu Diogu II, filed a letter with the Court, requesting that this appeal be referred to mediation. Appellee, Yaowapa Ratana-Aporn, filed a response on November 11, 2014, in which she objects to the request to refer the appeal to mediation. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 154.022(b) (West 2011). We **deny** the request to refer the case to mediation. *See id.* § 154.022(c).

Further, the record in this case was originally due on September 9, 2014. *See* TEX. R. APP. P. 35.1. The clerk's record was filed on October 3, 2014. The reporter's record has not been filed.

On September 17, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he either provided proof that he had paid or made arrangements to pay for preparation of the reporter's record or filed a response showing that he was exempt from paying for the reporter's record by October 17, 2014, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant failed to respond to the notice.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

1

Finally, on November 21, 2014, appellant filed a "Motion to Abate Appeal and Send to ADR," requesting that we "abate this appeal for three (3) months," that we refer the appeal to alternative dispute resolution during the period of abatement, and that we extend the time to file the appellant's brief to February 20, 2015.

To date, no deadline for the filing of appellant's brief has been set. Nevertheless, we grant appellant's motion in part. To the extent appellant requests abatement of this appeal and referral to mediation, we **deny** the motion. To the extent appellant requests an extension of time until February 20, 2015 to file his brief, we **partially grant** the motion.

Appellant's brief is therefore ORDERED to be filed within 60 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒ Acting individually     ☐ Acting for the Court

Date: November 25, 2015

2